```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CARLOS DONALDSON,<br><br>             Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY JAIL,<br><br>             Defendant. | Civil Action<br>No. 16-6689 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Carlos Donaldson seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

   Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

   An appropriate order follows.

**November 18, 2016**             s/ Jerome B. Simandle
Date                              JEROME B. SIMANDLE
                                  Chief U.S. District Judge